```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2755
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  MJ: 08-MJ-0267 KJM
                                 )
12                 Plaintiff,    )  STIPULATION AND ORDER
                                 )  CONTINUING PRELIMINARY HEARING
13        v.                     )
                                 )
14  JOHN DOE aka DERIK DAVIS,    )
    etc.,                        )
15                               )
                   Defendant.    )
16                               )
    _____)
17
```

Plaintiff United States of America, by and through its counsel, and defendant DAVIS hereby STIPULATE as follows:

1.  On or about August 6, 2008, Magistrate Judge Mueller authorized a criminal complaint and arrest warrant for JOHN DOE aka Derik Davis aka Terry Davis aka Terry McCullough.[1]  The following day, defendant DAVIS made his initial appearance before Judge Mueller and was ordered detained.  A preliminary hearing is presently set for August 21, 2008, at 2:00 p.m.

---

[1] Counsel for defendant advises that his first name is spelled "Derek," not "Derik."  The signature line of this stipulation reflects the defendant's preferred spelling.

1

2. The United States and defendant DAVIS want to continue the preliminary Hearing date from August 21, 2008 at 2:00 p.m., to September 17, 2008 at 2:00 p.m. Such continuance is requested so that the parties may pursue a possible pre-indictment resolution of the charges against the defendant. Pursuant to Rule 5.1(d), defendant DAVIS consents to this Stipulation through and including September 17, 2008.

IT IS SO STIPULATED.

DATED: August 18, 2008                /s/Michael Long, Esq.
                                      Michael Long, Esq.
                                      Counsel for DEREK DAVIS

                                      MCGREGOR W. SCOTT
                                      United States Attorney

DATED: August 18, 2008
                                      /s/Courtney J. Linn
                                      COURTNEY J. LINN
                                      Assistant U. S. Attorney

## ORDER

The Court, having read and considered the parties' STIPULATION, and for GOOD CAUSE shown, hereby continues the Preliminary Hearing in the above-referenced matter from August 21, 2008, at 2:00 p.m. to September 17, 2008, at 2:00 p.m. before the duty Magistrate Judge. Pursuant to Rule 5.1(d), and with the consent of the defendant, time for the Preliminary Hearing is extended from the date of this Order through and including September 17, 2008.

IT IS SO ORDERED.

DATED: August 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/davis0267.stipord

2