McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MJ: 08MJ267 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY |
| v. | ) | HEARING AND EXTENDING TIME AND |
| | ) | ORDER THEREON |
| JOHN DOE aka DERIK DAVIS, etc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff United States of America, by and through its counsel, and defendant DAVIS hereby STIPULATE as follows:

1. On or about August 6, 2008, Magistrate Judge Mueller authorized a criminal complaint and arrest warrant for JOHN DOE aka Derik Davis aka Terry Davis aka Terry McCullough.[1] The following day, defendant DAVIS made his initial appearance before Judge Mueller and was ordered detained. A preliminary hearing is presently set for September 17, 2008, at 2:00 p.m.

---

[1] Counsel for defendant advises that his first name is spelled "Derek," not "Derik." The signature line of this stipulation reflects the defendant's preferred spelling.

1

1      2.  The United States and defendant DAVIS want
2  to continue the preliminary Hearing date from September 17, 2008,
3  at 2:00 p.m. to October 10, 2008, at 2:00 p.m.  Such continuance
4  is requested so that the parties may continue to pursue a
5  possible pre-indictment resolution of the charges against the
6  defendant.  Pursuant to Rule 5.1(d), defendant DAVIS consents to
7  this Stipulation through and including October 10, 2008.
8      IT IS SO STIPULATED.
9  DATED: 9/10/08                /s/ Michael Long
                                 Michael Long, Esq.
10                               Counsel for DEREK DAVIS
11
12                               MCGREGOR W. SCOTT
                                 United States Attorney
13
   DATED: 9/12/08
14                               /s/ Courtney J. Linn
                                 COURTNEY J. LINN
15                               Assistant U. S. Attorney
16
17                           ORDER

18      The Court, having read and considered the parties'
19  STIPULATION, and for GOOD CAUSE shown, hereby continues the
20  Preliminary Hearing in the above-referenced matter from September
21  17, 2008, at 2:00 p.m. to October 10, 2008, at 2:00 p.m. before
22  the duty Magistrate Judge.  Pursuant to Rule 5.1(d), and with the
23  consent of the defendant, time for the Preliminary Hearing is
24  extended from the date of this Order through and including
25  October 10, 2008.
26      IT IS SO ORDERED.
27  Dated: 09/16/08               /s/ Gregory G. Hollows
                                  United States Magistrate Judge
28  davis267.ord